**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORGE AGUILAR,

                   Petitioner,

       v.

FERETI SEMAIA, et al.,

                 Respondents.

Case No. 5:26-cv-00023-MCS-SSC

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Petitioner's petition for writ of habeas corpus (ECF 1) is denied.

DATED: April 16, 2026

_Mark C. Scarsi_

_____

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE